# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:    SCHEDULE OF HOLIDAYS    :  No. 493 Judicial Administration Docket
            FOR YEAR  2019 FOR STAFFS:
            OF THE APPELLATE COURTS :
            AND THE ADMINISTRATIVE    :
            OFFICE OF PENNSYLVANIA   :
            COURTS                  :

## ORDER

**PER CURIAM**:

        **AND NOW**, this 5th day of January, 2018, it is hereby ordered that the following paid holidays for calendar year 2019 will be observed on the dates specified below by all employees of the appellate courts and the Administrative Office of Pennsylvania Courts:

| | | |
|---|---|---|
| January | 01, 2019 | New Year's Day |
| January | 21, 2019 | Martin Luther King, Jr. Day |
| February | 18, 2019 | Presidents' Day |
| April | 19, 2019 | Good Friday |
| May | 27, 2019 | Memorial Day |
| July | 04, 2019 | Independence Day |
| September | 02, 2019 | Labor Day |
| October | 14, 2019 | Columbus Day |
| November | 05, 2019 | Election Day** |
| November | 11, 2019 | Veterans' Day |
| November | 28, 2019 | Thanksgiving Day |
| November | 29, 2019 | Day after Thanksgiving |
| December | 25, 2019 | Christmas Day |

**AOPC only; Appellate courts will be open.